

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CARLOS MORQUECHO PEREZ, | § | No. 08-18-00188-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Criminal Court No. 1 |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20180C00373) |
| | § | |
| | § | |

**O R D E R**

The Court, on its own motion, and pursuant to Tex.R.App.P. 39.1, finds that oral argument in the above styled and numbered cause would not materially aid in the disposition of this cause, therefore, this case is scheduled to be submitted **without** oral argument on December 12, 2019.

IT IS SO ORDERED this 3rd day of December, 2019.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.